State v. Frazer.

————o————

STATE OF MISSOURI, Appellant, vs. B. B. FRAZER, Respondent.

1. State vs. Pinger, *ante* p. 243.

*Appeal from Buchanan Circuit Court.*

*James P. Thomas*, for Appellant.

*Allen H. Vories*, for Respondent.

WAGNER, Judge, delivered the opinion of the court.

The defendant was a justice of the Buchanan County Court, and was indicted for voting for an appropriation not directed nor warranted by law.

The court sustained a demurrer to the indictment.

The case is essentially the same as that of the State vs. Pinger, decided at this term ; and, for the reasons therein given, the judgment must be affirmed ; the other judges concurring, except Judge Sherwood, who is absent.